# CASES

IN THE

# SUPREME COURT OF ALABAMA

### NOVEMBER TERM 1913-14.

## *Ex Parte* State.

### *Arson.*

(Decided November 27, 1913. 63 South. 1006.)

*Arson; Variance.*—Where the indictment alleged that a corn crib was burned, as provided by section 6296, Code 1907, it is not sustained by proof that a barn was burned.

(McClellan and deGraffenried, JJ., dissent.)

CERTIORARI to Court of Appeals.

Petition by the State of Alabama on application of the Attorney General for certiorari to review the judgment of the Court of Appeals reversing and remanding the case of *Wright Savage v. State,* 8 Ala. App. 334; 62 South. 999, wherein the Court of Appeals held that there was a variance between the allegations of the indictment that a corn crib was burned, and the proof that the building burned was a barn. Writ denied.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State. The construction given section 6296, Code 1907, in the case of *Jackson v. State,* is too narrow and technical, and the Court of Appeals erred in holding that there was a variance between the allegations of the indictment, and the proof in this case.

1—184

JONES & MABRY, for appellee. There was a fatal variance between the allegations and the proof.—*Jackson v. State,* 145 Ala. 54.

DOWDELL, C. J.—The petition for writ of certiorari is denied.

ANDERSON, MAYFIELD, SAYRE, and SOMERVILLE, JJ., concur.

MCCLELLAN and DE GRAFFENRIED, JJ., dissent, for that the ruling is made to depend upon *Jackson v. State,* 145 Ala. 54, 40 South. 979, and the opinion is entertained that that decision is unsound in its very narrow and technical construction or interpretation of Code 1896, § 4337, now, in substance as presently important, Code 1907, § 6296.